Dismissed and Memorandum Opinion filed January 23, 2009











Dismissed
and Memorandum Opinion filed January 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00540-CV

____________

 

IN RE SMITHKLINE BEECHAM
CORPORATION D/B/A GLAXOSMITHKLINE, Relator

 

 





 

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 





 

M E M O R A N D U M   O P I N I O N

On June 27, 2008, relator, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, file
a petition for writ of mandamus.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon
2004); see also Tex. R. App. P. 52.  On January 15, 2009, relator filed a motion to dismiss this original proceeding
because the underlying case has settled.  See Tex. R. App. P. 42.1.  The motion is
granted.  

Accordingly, relator=s petition for
writ of mandamus is ordered dismissed.

 

 

PER CURIAM

 

 

Panel consists of Justices Yates,
Anderson, and Brown.